IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARLON MIGUEL BROWN,

    Plaintiff,

v.                                              4:15cv305–WS/CAS

JULIE JONES, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 36) docketed September 26, 2016. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed objections (doc. 37) to the report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court finds that for the reasons set forth in the report and recommendation the plaintiff's complaint must be dismissed. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 36) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed." The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this ___21st___ day of ___October___, 2016.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE